**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00060-CR**
**NO. 09-21-00061-CR**

_____

**KEVIN KAMPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 16-26420, 16-26421**

_____

**ORDER**

The clerk's record in the above styled and numbered cause was filed on March 18, 2021. Appellant's brief was due on April 19, 2021, but was not filed, and we notified the appellant[1] that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed.

---

[1]Appellant appears to be pro se on appeal.

1

We abate the appeal and remand the case to the trial court to conduct a hearing. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed and whether appellant has retained counsel who has abandoned the appeal. This Court notes that the trial court determined in its order denying appellant's motion for forensic DNA testing and appointment of counsel that appellant's motion did not demonstrate entitlement to appointed counsel.

The record of the hearing, including any orders and findings of the trial judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendation of the trial court judge are to be filed on or before July 28, 2021.

ORDER ENTERED June 28, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.